[PUBLISH]

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**
_____

No. 00-11254
_____

D.C. Docket No. 99-00130-CR

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

        versus

RICHARD LEE BLAYLOCK, JR.,

                                        Defendant-Appellant.


--------------------------------

No. 00-11255

--------------------------------
D.C. Docket No. 99-00130-CR

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

        versus

ALEXANDER PETRILLO, a.k.a.
Alexander Pertillo,

                                        Defendant-Appellant.


------------------------------------------------

Appeals from the United States District Court
for the Northern District of Alabama
------------------------------------------------


(Opinion May 2, 2001, 249 F.3d 1298, 11th Cir., 2001)

(August 1, 2001)


Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, DUBINA,
BLACK, CARNES,  BARKETT, HULL, MARCUS and WILSON Circuit Judges.*

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

---

*Senior U.S. Circuit Judge Emmett R. Cox may elect to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).